**FILED**
CLERK, U.S. DISTRICT COURT

4/27/23

CENTRAL DISTRICT OF CALIFORNIA
BY: _____sr_____ DEPUTY

JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* and the STATE OF CALIFORNIA *ex rel.* JASON B. MORRIS,<br><br>    Plaintiffs,<br><br>    v.<br><br>TOWER WOUND CARE CENTER OF SANTA MONICA, INC.; TOWER OUTPATIENT SURGERY CENTER, INC.; JOEL A. ARONOWITZ, M.D., a medical corporation; and JOEL A. ARONOWITZ, an individual,<br><br>    Defendants. | No. CV 20-9238 JFW (PLAx)<br><br>ORDER RE DISMISSAL |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and the qui tam provisions of the False Claims Act, 31 U.S.C. § 370(b)(1), and the California False Claims Act, California Government Code § 12652(c), the United States of America ("United States"), the State of California ("California"), and relator Jason B. Morris ("Relator") filed a Stipulation of Dismissal. Upon consideration of the Stipulation, and the papers on file in this action,

NOW, THEREFORE, IT IS ORDERED THAT:

1. Consistent with the terms of the April 14, 2023 Settlement Agreement executed by the United States; California; defendants Dr. Joel Aronowitz, Tower Wound Care Center of Santa Monica, Inc., Tower Outpatient Surgery Center, Inc., and Joel A. Aronowitz, M.D., a medical corporation ("Defendants"); and Relator (the "Settlement Agreement"), all claims asserted on behalf of the United States, California, and Relator against Defendants concerning the Covered Conduct as defined in Paragraph J of the Settlement Agreement are dismissed with prejudice.

2. All remaining claims by Relator asserted on behalf of the United States and California in this action are dismissed without prejudice to the United States and California and with prejudice to Relator.

3. This dismissal is without prejudice to Relator's claim, if any, for attorney's fees, expenses, costs, and a share of the proceeds of the Federal Settlement Amount pursuant to 31 U.S.C. § 3730(d) or the California Settlement Amount pursuant to California Government Code § 12652.

4. The Court shall retain jurisdiction to adjudicate, if necessary, Relator's claim, if any, to attorney's fees, expenses, costs, and a share the proceeds of the Settlement Amount pursuant to 31 U.S.C. § 3730(d) and pursuant to California Government Code § 12652. This Order does not waive or otherwise affect the ability of the United States, California, or any other person to contend that provisions of the False Claims Act, including 31 U.S.C. § 3730(b)(5), 3730(d)(3) and 3730(e), bar the Relator or any other person from sharing in the proceeds of the settlement.

IT IS SO ORDERED.

Dated: April 27, 2023

_____
JOHN F. WALTER
United States District Judge

1

|   |   |
|---|---|
| 1 | **PROOF OF SERVICE ELECTRONIC MAIL** |

I am over the age of 18 and not a party to the within action. I am employed by the Office of United States Attorney, Central District of California. My business address is 300 North Los Angeles Street, Suite 7516, Los Angeles, California 90012.

On: April 25, 2023, I served: **[PROPOSED] ORDER RE DISMISSAL** on persons or entities named below by electronic mail:

Date of transmission: April 25, 2023. Place of transmission: Los Angeles, California. Person(s) and/or Entity(s) To Whom Transmitted:

> TIMOTHY GRANITZ
> (tgranitz@katersgranitz.com)
> KATERS & GRANITZ, LLC
> 8112 West Bluemound Road
> Suite 101
> Milwaukee, WI 53213
> Attorney for Relator Jason B. Morris

> DAVID SONGCO
> (david.songco@doj.ca.gov)
> DEPUTY ATTORNEY GENERAL
> CALIFORNIA DEPARTMENT OF JUSTICE
> 1615 Murray Canyon Road, Suite 700
> San Diego, CA 92108
> Attorney for the State of California

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on: April 25, 2023 at Los Angeles, California.

*/s/ Karen Haro*
KAREN HARO