FILED
CLERK, U.S. DISTRICT COURT

10/10/23

CENTRAL DISTRICT OF CALIFORNIA
BY: ___sf___ DEPUTY

JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* and the STATE OF CALIFORNIA *ex rel.* JASON B. MORRIS,<br><br>Plaintiffs,<br><br>v.<br><br>TOWER WOUND CARE CENTER OF SANTA MONICA, INC.; TOWER OUTPATIENT SURGERY CENTER, INC.; JOEL A. ARONOWITZ, M.D., a medical corporation; and JOEL A. ARONOWITZ, an individual,<br><br>Defendants. | No. CV 20-9238 JFW (PLAx)<br><br>[~~PROPOSED~~] ORDER RE DISMISSAL |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and the qui tam provisions of the False Claims Act, 31 U.S.C. § 3730(b)(1), and the California False Claims Act, California Government Code § 12652(c), the United States of America ("United States"), the State of California ("California"), and relator Jason B. Morris ("Relator") filed a Stipulation of Dismissal of Relator's Claim to a Share. Upon consideration of the Stipulation, and the papers on file in this action,

NOW, THEREFORE, IT IS ORDERED THAT:

1. Consistent with the terms of the June 7, 2023 Settlement Agreement executed by the United States, California, and Relator (the "Settlement Agreement"), Relator's claims to a share of the proceeds of the Federal Settlement Amount pursuant to 31 U.S.C. § 3730(d) and to a share of the California Settlement Amount pursuant to California Government Code § 12652 are dismissed with prejudice to Relator.

IT IS SO ORDERED.

Dated: October 10, 2023

JOHN F. WALTER
United States District Judge

1

**PROOF OF SERVICE ELECTRONIC MAIL**

I am over the age of 18 and not a party to the within action. I am employed by the Office of United States Attorney, Central District of California. My business address is 300 North Los Angeles Street, Suite 7516, Los Angeles, California 90012.

On: October 6, 2023, I served: **[PROPOSED] ORDER RE DISMISSAL** on persons or entities named below by electronic mail:

Date of transmission: October 6, 2023. Place of transmission: Los Angeles, California. Person(s) and/or Entity(s) To Whom Transmitted:

> TIMOTHY GRANITZ
> (tgranitz@katersgranitz.com)
> KATERS & GRANITZ, LLC
> 8112 West Bluemound Road
> Suite 101
> Milwaukee, WI 53213
> Attorney for Relator Jason B. Morris

> DAVID SONGCO
> (david.songco@doj.ca.gov)
> DEPUTY ATTORNEY GENERAL
> CALIFORNIA DEPARTMENT OF JUSTICE
> 1615 Murray Canyon Road, Suite 700
> San Diego, CA 92108
> Attorney for the State of California

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on: October 6, 2023 at Los Angeles, California.

KAREN HARO